# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 24, 2022

Mr. Gary L. Sullivan
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

RE:  22-1395  AR State Conference NAACP, et al v. AR Board of Apportionment, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc:     Ms. Jacki L. Anderson
        Mr. Nicholas J. Bronni
        Ms. Ceridwen Cherry
        Ms. Karen Dellinger
        Ms. Tammy H. Downs
        Ms. Valarie Flora
        Ms. Elaine M Hinson
        Ms. Teresa Hollingsworth
        Mr. Dylan L. Jacobs
        Ms. Sophia Lin Lakin
        Ms. Angela Liu
        Ms. Jennifer L. Merritt
        Mr. Luke M. Reilly
        Mr. Bryan L. Sells
        Ms. Shannon S. Smith
        Mr. Asher Steinberg
        Mr. Neil Steiner
        Mr. Jonathan Topaz
        Mr. Matthew F. Williams

        District Court/Agency Case Number(s):   4:21-cv-01239-LPR

**Caption For Case Number: 22-1395**

Arkansas State Conference NAACP; Arkansas Public Policy Panel

       Plaintiffs - Appellants

v.

Arkansas Board of Apportionment; Asa Hutchinson, in his official capacity as the Governor of Arkansas Chairman of the Arkansas Board of Apportionment; John Thurston, in his official capacity as the Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment; Leslie Carol Rutledge, in her official capacity as the Attorney General of the State of Arkansas and as a member of the Arkansas Board of Apportionment; State of Arkansas

       Defendants - Appellees

United States of America

       Interested party

**Addresses For Case Participants:   22-1395**

Mr. Gary L. Sullivan
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Ms. Jacki L. Anderson
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms. Ceridwen Cherry
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Second Floor
915 15th Street, N.W.
Washington, DC  20005

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Teresa Hollingsworth
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms. Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Angela Liu
DECHERT LLP
Suite 3400
35 W. Wacker Drive
Chicago, IL  60601

Ms. Jennifer L. Merritt
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Luke M. Reilly
DECHERT LAW FIRM
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Mr. Bryan L. Sells
SELLS LAW FIRM
P.O. Box 5493
Atlanta, GA  31107

Ms. Shannon S. Smith
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
500
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Mr. Asher Steinberg
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Neil Steiner
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036

Mr. Jonathan Topaz
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

Mr. Matthew F. Williams
DECHERT LLP
Suite 1600
1 Bush Street
San Francisco, CA  94104-4446