# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 17, 2024

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re: Arkansas State Conference NAACP, et al.
        v. Arkansas Board of Apportionment, et al.
        Application No. 23A929
        (Your No. 22-1395)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on April 17, 2024, extended the time to and including June 28, 2024.

    This letter has been sent to those designated on the attached notification list.

                                              Sincerely,

                                              **Scott S. Harris**, Clerk

                                              by

                                              Susan Frimpong
                                              Case Analyst

RECEIVED
APR 22 2024
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Sophia Lin Lakin
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125